UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Marilyn M. Hope

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

Pershing, A Bank of NY Mellon
Company

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No

(check one)

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2018 DEC 14 P 2: 32

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**I.     Parties in this complaint:**

A.     List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name               Marilyn Hope
              Street Address     262 Claudenny Ave, Apt 4
              County, City       Jersey City
              State & Zip Code   N.J. 07304
              Telephone Number   347-285-1840

B.    List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name _Pershing, A Bank of N-Y Mellon Company_

Street Address _95 Christopher Columbus Drive_

County, City _Jersey City_

State & Zip Code _N-J. 07302_

Defendant No. 2

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case   involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. §   1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal Questions          [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff   [ ] U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Title VII's Employment Discrimination Of the Civil Rights Act of 1964 Protect American workers by Prohibiting employers from discriminating against employees based on their race, sex, color, national origin of religion._

-2-

## IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I sustained mental & emotional injury. This was the first time I experienced being mistreated so blatantly. I did a great job. It was one of my best projects managing a global team. We were on budget, we synced as a team, everyone was working so hard & diligently. The client was connecting with me because of how much of an outstanding job I was doing. Two months before the project was about to be delivered they took me off my project. I felt so disappointed and like a failure. I failed my team. They too were disappointed because we were on the ball & everyone was so excited. They told me I was moving to a different department but I was being setup to be removed from the project.

### V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I want the Court to do what is the right thing that is usually done in these type of proceedings. I lost my job because I was doing a great job.

I would like to be compensated for the mental/emotional distressed they have caused me & the financial lost of being out of work. I am asking for the amount of $1.5 million dollars in compensation. If not, give me back a secure job in a Service role. Thank you.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _14th_ day of _December_ , 20 _18_ .

Signature of Plaintiff _____

Mailing Address _____

_____

Telephone Number _____

Fax Number *(if you have one)* _____

E-mail Address _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____

- 5 -